UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:23-CR-151 |
| v. | (Judge Mariani) |
| EDGAR FERNEY PENAGOS-PORRAS, | |
| Defendant. | |

FILED
SCRANTON
JUN 0 6 2023
Per_____ DEPUTY CLERK

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
8 U.S.C. §1326(a) and (b)(2)
(Reentry of Removed Aliens)

On or about May 23, 2023, in Monroe County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**EDGAR FERNEY PENAGOS-PORRAS**

an alien, having previously been removed from the United States on or about February 26, 2018, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), having expressly consented to such alien's reapplying for admission to the United States.

1

In violation of Title 8, United States Code, Section 1326(a) and (b)(2), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

~~[redacted]~~
FOREPERSON

GERARD M. KARAM
United States Attorney

[signature]

LUISA HONORA BERTI
Assistant United States Attorney

6/6/2023
Date

2