IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 3:23-cr-00151 |
| | : | |
| v. | : | (Munley, J.) |
| | : | |
| **EDGAR PENAGOS-PORRAS** | : | (ECF) |

### ORDER

The defendant, Edgar Penagos-Porras, has filed a Motion for Combined Change of Plea & Sentencing Hearing after Completion of Modified Presentence Report. IT IS HEREBY FOUND AND ORDERED AS FOLLOWS:

1) The Motion is GRANTED;

2) The presentence investigation and interview contemplated in Fed. R. Crim. P. 32(c)(1)(A) & (2) are not necessary in view of the agreement of the parties and the Court's finding that information in the record—including the forthcoming modified Presentence Report and the presentations of the parties at the sentencing hearing—will enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553;

3) For the same reason, the Presentence Report in this case does not need to contain the information described at Fed. R. Crim. P. 32(d)(2);

4) The change of plea hearing scheduled for November 29, 2023, is cancelled. A combined change of plea and sentencing hearing is

scheduled for the _____ day of _____, 202_, at ___;

5) The probation officer shall complete a Presentence Report consisting solely of the Guidelines-related information described at Fed. R. Crim. P. 32(d)(1) no later than ___ days in advance of the plea/sentencing hearing. Objections shall be due no later than ___ days prior to the plea/sentencing hearing. The final report and any addendum shall be disclosed no later than ___ days before the plea/sentencing hearing.

Date:                         _____
Julia K. Munley
United States District Judge